IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOE,

                Plaintiff,        Hon. _____

v.                                                           No. _____

FOREST HILLS SCHOOL DISTRICT,
DANIEL BEHM, Superintendant,
in his Official and Individual Capacities;
TERRY URQUHART, Principal,
in his Official and Individual Capacities;
and ANNE EDSENGA, Assistant Superintendent
and Title IX Coordinator,
in her Official and Individual Capacities;

                Defendants.
_____/

Anne Buckleitner (P59832)
Smietanka, Buckleitner, Steffes and Gezon
4250 Chicago Drive, S.W., Suite B
Grandville, MI 49418
616/667-2217

Neena Chaudhry
National Women's Law Center
11 Dupont Circle, N.W., Suite 800
Washington, D.C. 20036
202/588-5180

## **PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

     Comes now Plaintiff, Jane Doe, by and through her attorneys, the NATIONAL WOMEN'S LAW CENTER and SMIETANKA, BUCKLEITNER, STEFFES & GEZON, and moves this Honorable Court for leave to proceed under a pseudonym, for the reasons set forth in the accompanying Brief.

Respectfully Submitted,

SMIETANKA, BUCKLEITNER,
STEFFES & GEZON

/s/ Anne Buckleitner
_____
Anne Buckleitner (P59832)
Co-Counsel for Plaintiff Jane Doe
4250 Chicago Drive, SW, Suite B
Grandville, MI 49418
616/667-2217

Dated: April 18, 2013


NATIONAL WOMEN'S LAW CENTER

/s/ Neena Chaudhrey
_____
Neena Chaudhry
Co-Counsel for Plaintiff Jane Doe
11 Dupont Circle, N.W., Suite 800
Washington, D.C., 20036
202/588-5180

Dated: April 18, 2013