UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

      Plaintiff,                          Case No. 1:13–cv–00428–PLM

      v.                                  Chief Judge Paul L. Maloney

FOREST HILLS SCHOOL DISTRICT, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on April 18, 2013. The case has been assigned to Chief Judge Paul L. Maloney.

                                       TRACEY CORDES
                                       CLERK OF COURT

Dated:  April 18, 2013        By:  /s/ M. Strong_____
                                     Deputy Clerk