# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOE

v.

FOREST HILLS SCHOOL DISTRICT ET AL.

Case No. 1:13-CV-00428
Hon. Paul L. Maloney

TO: DAN BEHM
ADDRESS: Office of the Superintendent
Administration Building
5600 Cascade Road, SE
Grand Rapids, MI 49546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Anne Buckleitner (P59832)
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Dr., SW, Suite B
Grandville, MI 49418

TRACEY CORDES, CLERK OF COURT

By: Deputy Clerk     4/18/2013
                     Date

---

## PROOF OF SERVICE

This summons for _____DAN BEHM_____ was received by me on _____(date)_____.
            (name of individual and title, if any)

☐ I personally served the summons on the individual at _____
                                                       (place where served)
on _____(date)_____.

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____(date)_____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____, who is designated by law to accept service
                         (name of individual)
of process on behalf of _____ on _____(date)_____.
                       (name of organization)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOE

v.

FOREST HILLS SCHOOL DISTRICT
ET AL.

Case No. 1:13-CV-00428
Hon. Paul L. Maloneu

TO: ANNE EDSENGA
ADDRESS: 1115 Van Ess Ave., NW
Grand Rapids, MI 49504-3793

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Anne Buckleitner (P59832)
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Dr., SW, Suite B
Grandville, MI 49418

TRACEY CORDES, CLERK OF COURT



By: Deputy Clerk        4/18/2013
                        Date

---

## PROOF OF SERVICE

This summons for _____ANNE EDSENGA_____ was received by me on _____.
            (name of individual and title, if any)      (date)

☐ I personally served the summons on the individual at _____
on _____.                               (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                  Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOE

v.

FOREST HILLS SCHOOL DISTRICT
ET AL.

Case No. 1:13-CV-00428
Hon. Paul L. Maloney

TO: FOREST HILLS SCHOOL DISTRICT
ADDRESS: c/o Dan Behm
Office of the Superintendent
Administration Building
5600 Cascade Road, SE, Grand Rapids, MI 49546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __ 21 ___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Anne Buckleitner (P59832)
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Dr., SW, Suite B
Grandville, MI 49418

TRACEY CORDES, CLERK OF COURT



By: Deputy Clerk          4/18/2013
                          Date

---

## PROOF OF SERVICE

This summons for _____ FOREST HILLS PUBLIC SCHOOLS _____ was received by me on _____.
(name of individual and title, if any)                                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                  (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date:_____
                                                              _____
                                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                              _____
                                                                  Server's printed name and title

                                                              _____
                                                                     Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOE

v.

FOREST HILLS SCHOOL DISTRICT
ET AL.

Case No. 1:13-CV-00428
Hon. Paul L. Maloney

TO: TERRY URQUHART
ADDRESS: 515 Snow Road
Lansing, Mi 48917

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __ 21 __ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Anne Buckleitner (P59832)
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Dr., SW, Suite B
Grandville, MI 49418

TRACEY CORDES, CLERK OF COURT

By: Deputy Clerk        4/18/2013
                        Date

---

## PROOF OF SERVICE

This summons for _____ TERRY URQUHART _____ was received by me on _____
                    (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                  (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)      (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address