UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:13-cv-428 |
| | ) |
| v. | ) Honorable Paul L. Maloney |
| | ) |
| FOREST HILLS SCHOOL DISTRICT, | ) |
| et al., | ) **TEMPORARY PROTECTIVE ORDER** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff has moved for leave to proceed under a pseudonym. As a general a rule, a complaint must state the names of the parties. FED. R. CIV. P. 10(a). A plaintiff is permitted to proceed under a pseudonym only under circumstances that justify an exception to this rule. *See Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). Resolution of this question is generally governed by balancing the privacy interests of the plaintiff against the general rule requiring open public access to court records. *See Citizens For a Strong Ohio v. Marsh*, 123 F. App'x 630, 636-37 (6th Cir. 2005). Prejudice to the defendants is also a relevant consideration. *Id.*

Plaintiff's motion recites facts that establish at least a *prima facie* case for proceeding under a pseudonym. The record, however, is not completely developed in this regard, nor have defendants had an opportunity to raise any possible prejudice. The court will therefore enter a temporary protective order allowing plaintiff to proceed under the pseudonym "Jane Doe." Any

party may move to vacate or modify the order at any time, in which case the court will review the propriety of the protective order *de novo*. Accordingly:

IT IS ORDERED that plaintiff's motion for leave to proceed under a pseudonym (docket # 2) be and hereby is GRANTED, without prejudice to the right of any party to seek to vacate or modify this order.

DONE AND ORDERED this 18th day of April, 2013.

/s/ Joseph G. Scoville
United States Magistrate Judge